Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREI GRUIA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC, a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No. 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

/ / /

It is hereby stipulated by and between Plaintiff Andrei Gruia ("Plaintiff"), through his attorneys, Law Office of Kevin L. Hernandez, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **December 17, 2018**, in which to respond to the Complaint. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 14th day of November 2018.   DATED this 14th day of November 2018.

LAW OFFICE OF KEVIN L. HERNANDEZ   SNELL & WILMER L.L.P.

*/s/ Kevin L. Hernandez* </br>
Kevin L. Hernandez (NV Bar No. 12594) </br>
2510 Wigwam Parkway, Suite 206 </br>
Las Vegas, NV 89074 </br>
Telephone: (702) 563-4450 </br>
Facsimile: (702) 552-0408 </br>
*Attorneys for Plaintiff Andrei Gruia*

*/s/ Jennifer L. McBee* </br>
Kelly H. Dove (NV Bar No. 10569) </br>
Jennifer L. McBee (NV Bar No. 9110) </br>
3883 Howard Hughes Parkway, Suite 1100 </br>
Las Vegas, NV 89169 </br>
Telephone: (702) 784-5200 </br>
Facsimile: (702) 784-5252 </br>
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before December 17, 2018.

**IT IS SO ORDERED.**

_____ </br>
UNITED STATES MAGISTRATE JUDGE </br>
DATED: November 15, 2018.

Respectfully submitted by: </br>
SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee* </br>
Kelly H. Dove (NV Bar No. 10569) </br>
Jennifer L. McBee (NV Bar No. 9110) </br>
3883 Howard Hughes Parkway, Suite 1100

*Attorneys for Defendant Wells Fargo Bank, N.A.*

4821-3602-0346

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 14, 2018

/s/ Jill Math
An Employee of SNELL & WILMER L.L.P.

4821-3602-0346