**ALVERSON TAYLOR & SANDERS**
KURT BONDS
Nevada Bar No. 6228
TREVOR WAITE
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, BARCLAYS BANK DELAWARE, BERIN-WHEELER, INC., CAPITAL ONE BANK (USA), N.A., CHASE BANK USA, N.A., N.A. CITIBANK, CONVERGENT OUTSOURCING, INC., DISCOVER BANK, GRANT & WEBER, INC., NRA GROUP, LLC, ONEMAIN FINANCIAL SERVICES INC., SYNCHRONY BANK, VERIZON WIRELESS SERVICES, LLC, WEBBANK, AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-02107-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Andrei Gruia ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 1, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 27, 2018. Trans Union requires

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NV 89149
(702) 384-7000

additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. The allegations raised in Plaintiff's Complaint involve numerous accounts and inquiries, fraudulent activity, account take-over, and implicate accounts that are many years old. Further, Trans Union's counsel will need additional time to review the documents once retrieved so that it may be able to meaningfully respond to the specific allegations in Plaintiff's Complaint.

Counsel for Trans Union and Plaintiff conferred on or about November 20, 2018 regarding this request, and counsel for Plaintiff agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint, up to and including December 18, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 26th day of November, 2018

**ALVERSON TAYLOR & SANDERS**

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, Esq.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Facsimile: (702) 385-700*
*kbonds@alversontaylor.com*
*twaite@alversontaylor.com*
***Counsel for Trans Union LLC***

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/Kevin L. Hernandez
Kevin L. Hernandez, Nevada Bar No. 12594
2510 Wigwam Parkway
Suite 206
Henderson, NV 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
kevin@kevinhernandezlaw.com
***Counsel for Plaintiff***

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated November 27, 2018


**UNITED STATES MAGISTRATE JUDGE**

N:\kurt.grp\CLIENTS\25900\25939\pleadings\Gruia Andrei-Joint Stipulation for Extension of Time to Respond to P's.docx.doc