J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Barclays Bank Delaware*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREI GRUIA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVERY BANK, a foreign corporation; GRANT & WEBER, INC.; a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No. 2:18-cv-2107-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiff Andrei Gruia ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

///

<div style="line-height: 1.5;">

1                                                                          **STIPULATION**

</div>

1. On November 1, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. Barclays was served with the Complaint on November 13, 2018.

3. Barclays' response to the Complaint is due by December 4, 2018.

4. The parties are engaging in preliminary discussions in this matter. In order to explore the possibility of an early resolution, Barclays desires an extension until January 4, 2019 to file a response to the Complaint.

5. Counsel for Barclays conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

6. This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Barclays the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for Barclays to respond to the Complaint.

DATED: November 26, 2018.　　　　　　　　　　DATED: November 26, 2018.

*/s/ Matthew R. Tsai*　　　　　　　　　　　　　　*/s/ Kevin L. Hernandez*
J Christopher Jorgensen (NV Bar #5382)　　　Kevin L. Hernandez (NV Bar No. 12594)
Matthew R. Tsai (NV Bar #14290)　　　　　　Law Office of Kevin L. Hernandez
3993 Howard Hughes Parkway, Suite 600　　2510 Wigwam Parkway, Suite 206
Las Vegas, NV 89169　　　　　　　　　　　　Henderson, NV 89074
Tel: 702-949-8200　　　　　　　　　　　　　T: (702) 563-4450
Email: cjorgensen@lrrc.com　　　　　　　　　F: (702) 552-0408
Email: mtsai@lrrc.com　　　　　　　　　　　kevin@kevinhernandezlaw.com

*Counsel for Defendant*　　　　　　　　　　　*Counsel for Plaintiff Andrei Gruia*
*Barclays Bank Delaware*

　　　　　　　　　　　　　　　　　　　　　**ORDER**

　　　　　　　　　　　　　　　　　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　November 27, 2018
　　　　　　　　　　　　　　　　　　　　DATED:_____