1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  Matthew R. Tsai
   Nevada Bar No. 14290
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Phone: (702) 949-8200
5  Email: cjorgensen@lrrc.com
   Email: mtsai@lrrc.com
6
   *Attorneys for Defendant Synchrony Bank*
7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  ANDREI GRUIA, an individual;                  Case No. 2:18-cv-2107-JCM-CWH

10        Plaintiff,

11 vs.                                            **STIPULATION AND ORDER TO
                                                  EXTEND DEFENDANT
                                                  SYNCHRONY BANK'S TIME TO
12 EQUIFAX INFORMATION SERVICES, LLC,             FILE RESPONSE TO COMPLAINT**
   a foreign limited-liability company; EXPERIAN
13 INFORMATION SOLUTIONS, INC., a foreign         **[FIRST REQUEST]**
   corporation; TRANS UNION LLC, a foreign
14 limited-liability company; BARCLAYS BANK
   DELAWARE, a foreign corporation; BERLIN-
15 WHEELER, INC., a foreign corporation;
   CAPITAL ONE BANK (USA), N.A., a national
16 banking association; CHASE BANK USA, N.A.,
   a national banking association; CITIBANK,
17 N.A., a national banking association;
   CONVERGENT OUTSOURCING, INC., a
18 foreign corporation; DISCOVERY BANK, a
   foreign corporation; GRANT & WEBER, INC.;
19 a domestic corporation; NRA GROUP, LLC dba
   NATIONAL RECOVERY AGENCY, a foreign
20 limited-liability company; ONEMAIN
   FINANCIAL SERVICES, INC., a foreign
21 corporation; SYNCHRONY BANK, a foreign
   corporation; VERIZON WIRELESS
22 SERVICES, LLC; a foreign limited-liability
   company; WEBBANK, a foreign corporation;
23 WELLS FARGO BANK, N.A., a national
   banking association;
24
          Defendants.
25

26        COMES NOW Plaintiff Andrei Gruia ("Plaintiff") and Defendant Synchrony Bank

27 ("Synchrony"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

28 ///

**STIPULATION**

1.     On November 1, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2.     Synchrony was served with the Complaint on November 8, 2018.

3.     Synchrony's response to the Complaint is due by November 29, 2018.

4.     The parties are engaging in preliminary discussions in this matter. In order to explore the possibility of an early resolution, Synchrony desires an extension until December 28, 2018 to file a response to the Complaint.

5.     Counsel for Synchrony conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

6.     This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

7.     This is the first request for extension of time for Synchrony to respond to the Complaint.

DATED: November 26, 2018.          DATED: November 26, 2018.

*/s/ Matthew R. Tsai*            */s/ Kevin L. Hernandez*
J Christopher Jorgensen (NV Bar #5382)    Kevin L. Hernandez (NV Bar No. 12594)
Matthew R. Tsai (NV Bar #14290)       Law Office of Kevin L. Hernandez
3993 Howard Hughes Parkway, Suite 600   2510 Wigwam Parkway, Suite 206
Las Vegas, NV 89169               Henderson, NV 89074
Tel: 702-949-8200                  T: (702) 563-4450
Email: cjorgensen@lrrc.com          F: (702) 552-0408
Email: mtsai@lrrc.com              kevin@kevinhernandezlaw.com

*Counsel for Defendant Synchrony Bank*    *Counsel for Plaintiff Andrei Gruia*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____November 27, 2018_____