Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant Discover Products Inc. (erroneously named as "Discover Bank")*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation;  CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association,<br><br>Defendants. | Case No. 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER PRODUCTS INC. (ERRONEOUSLY NAMED AS DISCOVER BANK) TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Andrei Gruia ("Plaintiff") and Defendant Discover Products Inc. ("Discover")[1] stipulate and agree that Discover has up to and including December 28, 2018 to respond to Plaintiff's Complaint (ECF No. 1), to provide Discover time to investigate Plaintiff's allegations, to evaluate potential settlement, and, if needed, to prepare a response.[2]

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 26th day of November, 2018.

| LAW OFFICES OF KEVIN L. HERNANDEZ | BALLARD SPAHR LLP |
|---|---|
| By: /s/ *Kevin L. Henandez* <br> Kevin L. Hernandez <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway <br> Suite 206 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Plaintiff in Conjunction with the Legal Aid Center of Southern Nevada* | By: /s/ *Holly Ann Priest* <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> Holly Ann Priest <br> Nevada Bar No. 13226 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant Discover Products Inc. (erroneously named as "Discover Bank")* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: November 27, 2018

---

[1] Discover Bank is inadvertently named in the caption.

[2] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter.

2