Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; BARCLAYS BANK DELAWARE; BERLIN-WHEELER, INC.; CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; CITIBANK, N.A.; CONVERGENT OUTSOURCING, INC.; DISCOVER BANK; GRANT & WEBER, INC.; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY; ONEMAIN FINANCIAL SERVICES, INC.; SYNCHRONY BANK; VERIZON WIRELESS SERVICES, LLC; WEBBANK; WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 27, 2018 through and including **December 7, 2018**. Plaintiff and Equifax are engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement

1 discussions. This stipulation is filed in good faith and not intended to cause delay.

2 Respectfully submitted this 27th day of November, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**No opposition**

/s/ *Kevin Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
Phone: (702) 563-4450
FAX: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

[signature]

United States Magistrate Judge

DATED: November 28, 2018

4823-6510-7329

- 2 -