Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank, USA, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association,<br><br>Defendants. | CASE NO. 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Andrei Gruia and defendant Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase may have up to and including January 3, 2019 to respond to plaintiff's complaint (ECF No. 1), to provide time for the parties to investigate plaintiff's allegations and discuss the potential for an early resolution, and, if needed, for Chase to prepare a response.

This is the parties' first request to extend this deadline, and it is made in good faith and not for purposes of delay.

Dated this 3rd day of December, 2018.

| Law Office of Kevin L. Hernandez | Ballard Spahr LLP |
|---|---|
| By: /s/ Kevin Hernandez<br>Kevin L. Hernandez<br>2510 Wigwam Parkway, Suite 206<br>Henderson, NV 89074<br><br>*Attorney for Plaintiff* | By: /s/ Lindsay Demaree<br>Joel Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* |

**ORDER**

IT IS SO ORDERED.  Dated: December 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE
DATED:

# CERTIFICATE OF SERVICE

I certify that on December 3, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **Stipulation and Order to Extend Time for Chase Bank USA to Respond to Plaintiff's Complaint** was filed and served via the Court's CM/ECF System on all parties in interest.

| | |
|---|---|
| Kevin L. Hernandez<br>Law Office of Kevin L. Hernandez<br>2510 Wigwam Parkway, Suite 206<br>Henderson, NV 89074 | Bradley T Austin<br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 |
| **Kurt R. Bonds**<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149 | **Jennifer L Braster**<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 |
| **Andrew J Sharples**<br>Naylor & Braster Attorneys at Law, PLLC<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145 | **Katherine A. Neben**<br>Jones Day<br>3161 Michelson Drive<br>Irvine, CA 92612 |
| **Matthew Ryan Tsai**<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169 | **Jennifer Lustig McBee**<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, NV 89169 |

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP