Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC; a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No.: 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Andrei Gruia ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("Equifax") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Equifax, by and through their respective attorneys of record, and

Page 1 of 3

subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Equifax, with Plaintiff and Equifax bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 24, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 24, 2019

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
jthompson@clarkhill.com
*Attorneys for Equifax Information Services, LLC*

Dated: January 24, 2019

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

*/s/ J. Christopher Jorgensen*
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
cjorgensen@lrrc.com
*Attorneys for Barclays Bank Delaware and Synchrony Bank*

Dated: January 24, 2019

**ALVERSON TAYLOR & SANDERS**

*s/ Trevor R. Waite*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Trevor R. Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Parkway Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Trans Union LLC*

Dated: January 24, 2019

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

Dated: January 24, 2019

**BALLARD SPAHR, LLP**

*/s/ Lindsay Demaree*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay Demaree, Esq.
Nevada Bar No. 11949
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com
demareel@ballardspahr.com
*Attorneys for Chase Bank USA, N.A.*

///

Dated: January 24, 2019

**SNELL & WILMER LLP**

*/s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
jmcbee@swlaw.com
***Attorneys for Wells Fargo Bank, N.A.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 28, 2019