1 | Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
2 | 1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
3 | Telephone: 702.856.4629
Facsimile: 702.924.4422
4 | Email: zach@takoslaw.com

5 | *Counsel for Dell Financial Services, LLC*
*(erroneously named as WebBank)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual, | Case No.: 2-18-cv-02107-JCM-CWH |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking institution; CITIBANK, N.A., a national banking institution; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC, a foreign limited liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association; | **STIPULATION AND ORDER TO EXTEND TIME FOR DELL FINANCIAL SERVICES, LLC (ERRONEOUSLY NAMED AS WEBBANK) TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |
| Defendants. | |

1

Plaintiff Andrei Gruia ("Plaintiff") and Defendant Dell Financial Services, LLC (erroneously named as "WebBank") ("Dell") hereby stipulate and agree that Dell has up to and including February 22, 2019 to respond to Plaintiff's Complaint (ECF No. 1). This will provide Dell additional time needed to investigate Plaintiff's allegations, to evaluate potential early settlement, and, if needed, to prepare a response.

This is the first request for such an extension. This stipulation is made in good faith and is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 29th day of January, 2019.

**TAKOS LAW GROUP, LTD.**

_/s/ Zachary P. Takos_
Zachary P. Takos, Esq., NV Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

*Counsel for Dell Financial Services, LLC (erroneously named as WebBank)*

DATED this 29th day of January, 2019.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

_/s/ Kevin L. Hernandez_
Kevin L. Hernandez, Esq., NV Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Henderson, NV 89123

*Counsel for Plaintiff Andrei Gruia*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: January 30, 2019