Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Facsimile: 702.924.4422
Email: zach@takoslaw.com

*Counsel for Dell Financial Services, LLC*
*(erroneously named as WebBank)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual, | Case No.: 2-18-cv-02107-JCM-CWH |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking institution; CITIBANK, N.A., a national banking institution; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC, a foreign limited liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association; | **STIPULATION AND ORDER TO EXTEND TIME FOR DELL FINANCIAL SERVICES, LLC (ERRONEOUSLY NAMED AS WEBBANK) TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |
| Defendants. | |

1

Plaintiff Andrei Gruia ("Plaintiff") and Defendant Dell Financial Services, LLC (erroneously named as "WebBank") ("Dell") hereby stipulate and agree that Dell has up to and including March 8, 2019 to respond to Plaintiff's Complaint (ECF No. 1). This will provide Dell additional time needed to investigate Plaintiff's allegations, to evaluate potential early settlement, and, if needed, to prepare a response.

This is the second request for such an extension. The first request and Court order extended the time for Dell to respond to February 22, 2019. This stipulation is made in good faith and is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 22nd day of February, 2019.　　　　DATED this 22nd day of February, 2019.

**TAKOS LAW GROUP, LTD.**　　　　　　　　　　**LAW OFFICE OF KEVIN L. HERNANDEZ**

　_/s/ Zachary P. Takos_　　　　　　　　　　　　　_/s/ Kevin L. Hernandez_
Zachary P. Takos, Esq., NV Bar No. 11293　　　Kevin L. Hernandez, Esq., NV Bar No. 12594
1980 Festival Plaza Drive, Suite 300　　　　　　8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89135　　　　　　　　　　　Las Vegas, NV 89123

*Counsel for Dell Financial Services, LLC*　　　*Counsel for Plaintiff Andrei Gruia*
*(erroneously named as WebBank)*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: February 26, 2019

2