Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC; a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No.: 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Andrei Gruia ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Trans Union, by and through their respective attorneys of record,

and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: February 25, 2019 | Dated: February 25, 2019 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **ALVERSON TAYLOR & SANDERS** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br>kevin@kevinhernandezlaw.com<br>***Attorney for Plaintiff*** | */s/ Trevor R. Waite*<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor R. Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Parkway Suite 200<br>Las Vegas, Nevada 89149<br>efile@alversontaylor.com<br>***Attorneys for Trans Union LLC*** |
| Dated: February 25, 2019 | Dated: February 25, 2019 |
| **LEWIS ROCA ROTHGERBER**<br>**CHRISTIE LLP** | **FERNALD LAW GROUP** |
| */s/ J. Christopher Jorgensen*<br>J. Christopher Jorgensen, Esq.<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>cjorgensen@lrrc.com<br>***Attorneys for Barclays Bank Delaware***<br>***and Synchrony Bank*** | */s/ Brandon C. Fernald*<br>Brandon C. Fernald, Esq.<br>Nevada Bar No. 10582<br>6236 Laredo Street<br>Las Vegas, Nevada 89146<br>Brandon.fernald@fernaldlawgroup.com<br>***Attorney for Capital One Bank (USA), N.A.*** |

Dated: February 25, 2019

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
***Attorneys for Experian***
***Information Solutions, Inc.***

///

Dated: February 25, 2019

**SNELL & WILMER LLP**

*/s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
jmcbee@swlaw.com
***Attorneys for Wells Fargo Bank, N.A.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2019