Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC., a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC, a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No. 2:18-cv-02107-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |

/ / /

4838-1671-0286

Pursuant to Fed. R. Civ. P. 41, Plaintiff Andrei Gruia ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel, hereby stipulate and agree that Wells Fargo be dismissed from this action, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 21st day of March 2019.　　　　DATED this 21st day of March 2019.

LAW OFFICE OF KEVIN L. HERNANDEZ　　SNELL & WILMER L.L.P.

*/s/ Kevin L. Hernandez (used with permission)*　　　*/s/ Jennifer L. McBee*
Kevin L. Hernandez (NV Bar No. 12594)　　Kelly H. Dove (NV Bar No. 10569)
8872 South Eastern Avenue, Suite 270　　Jennifer L. McBee (NV Bar No. 9110)
Las Vegas, NV 89123　　3883 Howard Hughes Parkway, Suite 1100
Telephone: (702) 563-4450　　Las Vegas, NV 89169
Facsimile: (702) 552-0408　　Telephone: (702) 784-5200
*Attorneys for Plaintiff Andrei Gruia*　　Facsimile: (702) 784-5252
　　　　*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE
DATED: March 22, 2019