1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  Matthew R. Tsai
   Nevada Bar No. 14290
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Phone: (702) 949-8200
5  Fax:    (702) 949-8398
   Email: cjorgensen@lrrc.com
6  Email: mtsai@lrrc.com

7  *Attorneys for Defendant Barclays Bank Delaware*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREI GRUIA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVERY BANK, a foreign corporation; GRANT & WEBER, INC.; a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No. 2:18-cv-2107-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Andrei Gruia and Defendant Barclays Bank Delaware, through their respective counsel, hereby stipulate and agree that Barclays Bank Delaware be

dismissed from this action, with prejudice, with each party to bear its own attorneys' fees and costs.

| DATED: April 29, 2019 | DATED: April 29, 2019 |
|---|---|
| LAW OFFICE OF KEVIN L. HERNANDEZ | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| <u>/s/ Kevin L. Hernandez (used with permission)</u><br>Kevin L. Hernandez (NV Bar No. 12594)<br>8872 South Eastern Avenue, Suite 270<br>Las Vegas, NV 89123<br>Telephone: (702) 563-4450<br>Facsimile: (702) 552-0408<br><br>*Attorneys for Plaintiff Andrei Gruia* | <u>/s/ J. Christopher Jorgensen</u><br>J Christopher Jorgensen (NV Bar No. 5382)<br>Matthew R. Tsai (NV Bar No. 14290)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br><br>*Counsel for Defendant Barclays Bank Delaware* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2019