1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  Matthew R. Tsai
   Nevada Bar No. 14290
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Phone: (702) 949-8200
5  Email: cjorgensen@lrrc.com
   Email: mtsai@lrrc.com
6
   *Attorneys for Defendant Synchrony Bank*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Andrei Gruia, | Case No. 2:18-cv-2107-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN-WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a foreign corporation; DISCOVERY BANK, a foreign corporation; GRANT & WEBER, INC.; a domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign limited-liability company; ONEMAIN FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association; | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Andrei Gruia and Defendant Synchrony Bank, through their respective counsel, hereby stipulate and agree that Synchrony Bank be dismissed from this action,

with prejudice, with each party to bear its own attorneys' fees and costs.

| DATED: July 26, 2019 | DATED: July 26, 2019 |
|---|---|
| | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| */s/ Andrei Gruia (used with permission)*<br>Andrei Gruia<br>221 Fortress Course Ct.<br>Las Vegas, NV 89148<br><br>*Plaintiff* | */s/ J Christopher Jorgensen*<br>J Christopher Jorgensen (NV Bar #5382)<br>Matthew R. Tsai (NV Bar #14290)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: 702-949-8200<br>Email: cjorgensen@lrrc.com<br>Email: mtsai@lrrc.com<br><br>*Attorneys for Defendant Synchrony Bank* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 30, 2019