| | |
|---|---|
| 1 | Jennifer L. Braster |
| | Nevada Bar No. 9982 |
| 2 | Andrew J. Sharples |
| | Nevada Bar No. 12866 |
| 3 | NAYLOR & BRASTER |
| | 1050 Indigo Drive, Suite 200 |
| 4 | Las Vegas, NV 89145 |
| | Telephone: (702) 420-7000 |
| 5 | Facsimile: (702) 420-7001 |
| | jbraster@nblawnv.com |
| 6 | asharples@nblawnv.com |
| 7 | Katherine A. Neben |
| | Nevada Bar No. 14590 |
| 8 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 9 | Irvine, CA 92612 |
| | Telephone: (949) 851-3939 |
| 10 | Facsimile: (949) 553-7539 |
| | kneben@jonesday.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | EXPERIAN INFORMATION |
| | SOLUTIONS, INC.'S |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | ANDREI GRUIA, an individual; | Case No. 2:18-cv-02107-JCM-DJA |
| 18 | Plaintiff; | **STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN** |
| 19 | v. | **INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| 20 | EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN | |
| 21 | INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign | Complaint filed: November 1, 2018 |
| 22 | limited-liability company; BARCLAYS BANK DELAWARE, a foreign corporation; BERLIN- | |
| 23 | WHEELER, INC., a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national | |
| 24 | banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, | |
| 25 | N.A., a national banking association; CONVERGENT OUTSOURCING, INC., a | |
| 26 | foreign corporation; DISCOVER BANK, a foreign corporation; GRANT & WEBER, INC; a | |
| 27 | domestic corporation; NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, a foreign | |
| 28 | limited-liability company; ONEMAIN | |

|   |
|---|
| FINANCIAL SERVICES, INC., a foreign corporation; SYNCHRONY BANK, a foreign corporation; VERIZON WIRELESS SERVICES, LLC; a foreign limited-liability company; WEBBANK, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association; |
| Defendants. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **IT IS HEREBY STIPULATED** by and between Plaintiff Andrei Gruia and Defendant Experian Information Solutions Inc., that Experian Information Solutions Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED this 31st day of December 2019.      DATED this 31st day of December 2019.

                                                                              NAYLOR & BRASTER

By: */s/ Andrei Gruia (used with permission)*    By: */s/ Andrew J. Sharples*
      Andrei Gruia                                             Jennifer L. Braster
      221 Fortress Course Ct.                   Nevada Bar No. 9982
      Las Vegas, NV 89148                     Andrew J. Sharples
                                                            Nevada Bar No. 12866
*Plaintiff*                                                                1050 Indigo Drive, Suite 200
                                                            Las Vegas, NV 89145

                                                          *Attorneys for Defendant*
                                                          *Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

                                                         January 6, 2020
                                                         _____
                                                         DATE

NAI-1510572454v1